

# THE THIRTEENTH COURT OF APPEALS

13-19-00380-CV

Juan Antonio Rivera and Luz Maria Rivera
v.
William McCaskill

On appeal from the
267th District Court of Victoria County, Texas
Trial Cause No. 19-01-83907-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

September 12, 2019